UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian WHITAKER,<br><br>                                   Plaintiff,<br><br>v.<br><br>GEPPETTOS, INC., and DOES 1–10,<br><br>                                   Defendant. | Case No.:  20-cv-01749-AJB-BGS<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**<br><br>[ECF No. 11] |

On January 15, 2021, the parties to filed a Notice of Settlement notifying the Court that a settlement to resolve all claims at issue has been reached.  (ECF No. 11.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion to Dismiss must be electronically filed on or before **March 15, 2021**.[1]  On the same day the Joint Motion to Dismiss is filed, the proposed order for dismissal, for the signature of the Honorable Anthony J. Battaglia, must be emailed to Judge Skomal's chambers at **efile_skomal@casd.uscourts.gov**.[2]

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.
[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

1

2. If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **March 15, 2021**, then a Settlement Disposition Conference will be held on **March 19, 2021**, at **10:00 AM** before Judge Skomal. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion to Dismiss and proposed order for dismissal are received on or before **March 15, 2021**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated: January 20, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge