CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

CRAIG D. McMAHON, ESQUIRE (#97727)
KIMBALL, TIREY & ST. JOHN LLP
7676 Hazard Center Drive, Suite 900-B
San Diego, California 92108-4515
Telephone: (619) 231-1422
Facsimile: (619) 234-7692
craig.mcmahon@kts-law.com
Attorneys for Defendant
Geppettos, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>GEPPETTOS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:20-cv-01749-AJB-BGS<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

# **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 24, 2021          CENTER FOR DISABILITY ACCESS

                                              By: /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff

Dated: February 24, 2021          KIMBALL, TIREY & ST. JOHN LLP

                                              By: /s/ Craig D. McMahon
                                                  Craig D. McMahon
                                                  Attorney for Defendant
                                                  Geppettos, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Craig D. McMahon, counsel for Geppettos, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 24, 2021         CENTER FOR DISABILITY ACCESS

                                            By: /s/ Amanda Seabock
                                                     Amanda Seabock
                                                     Attorney for Plaintiff