UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEPPETTOS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:20-cv-01749-AJB-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: February 25, 2021

　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge